```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2/24/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, *et al.*,

Petitioners,

v.

OCEAN MARINE DEVELOPMENT CORP.,

Respondent.

No. 19-CV-6164 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case has been reassigned to me for all purposes. On July 2, 2019, Petitioners filed a complaint seeking confirmation of an arbitration award. Dkt. 1. On July 10, 2019, Petitioners filed an Affidavit of Service, indicating that Respondent was served with the Petition on July 8, 2019. Dkt. 8.

Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

ORDERED that Respondent shall file an opposition, if any, by March 13, 2020. Petitioners' reply, if any, is due on March 27, 2020. If Respondent fails to file a response, the petition to confirm will be deemed fully briefed.

IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated: February 24, 2020
       New York, New York

Ronnie Abrams
United States District Judge