UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                      Petitioners,                    19 **CIVIL** 6164 (RA)

        -against-                               **JUDGMENT**

OCEAN MARINE DEVELOPMENT CORP.,
                      Respondent.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated July 23, 2020, the petition to confirm the arbitration award is granted. Judgment is entered in the amount of $27,042.46, plus prejudgment interest calculated at a rate of 7.5% per annum from May 23, 2019 through the date of judgment, in the amount of $2,372.70 and post-judgment interest calculated at the statutory rate. In addition, Petitioner's request for attorney's fees is granted in the amount of $630, as are costs in the amount of $75; accordingly, the case is closed.

**Dated:**   New York, New York
           July 23, 2020

                                              **RUBY J. KRAJICK**
                                                 **Clerk of Court**
                                  BY:
                                                     **Deputy Clerk**